# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 8082464 CANADA INC., <br><br>    Plaintiff <br><br>v. <br><br>ELKO WIRE ROPE AND MINING SUPPLY, INC., <br><br>    Defendant | Case No.: 2:25-cv-02539-APG-DJA <br><br>**Order Transferring Case to Unofficial Northern Division** |

Plaintiff 8082464 Canada Inc. sues Elko Wire Rope and Mining Supply, Inc. for patent infringement. ECF No. 1 at 6. The acts of infringement occurred in Carlin, Nevada. *Id.* at 5. Carlin is in Elko County, which is in this district's unofficial northern division. *See* LR IA 1-6. This case was transferred to this district from the District of Utah and filed in the unofficial southern division of the court. ECF Nos. 29, 30. Under Local Rule LR IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." Therefore, I transfer this case to the unofficial northern division.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court will transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number will be closed without prejudice to the plaintiff regarding any federal limitation period and filing fee.

Dated this 22nd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE