**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9539-7337 QUEBEC INC., A QUEBEC, CANADA, CORPORATION,

Plaintiff,

v.

ELKO WIRE ROPE AND MINING SUPPLY INC., a Nevada corporation,

Defendant.

Case No. 3:25-cv-00756-ART-CSD

**ORDER GRANTING**

**JOINT STIPULATION TO STAY DEADLINES PENDING SETTLEMENT**

**(Second Requested Stay)**

Judge: Hon. Anne R. Traum
Magistrate Judge: Craig S. Denney

Plaintiff 9539-7337 Quebec Inc. ("Quebec") and Defendant Elko Wire Rope and Mining Supply, Inc. ("Elko") (collectively, the "Parties"), hereby stipulate and agree to stay this case and all pending deadlines for a period of 14 days until August 24, 2026. The Parties have reached a settlement agreement in principle, and the stipulated time-period will allow the Parties adequate time to finalize their settlement agreement and otherwise reach a non-litigated resolution to this case. No later than the end of this 14-day period, August 24, 2026, the parties will file a Rule 41 dismissal and notice of settlement or a status report in the event a settlement agreement is not yet finalized.

Thus far, the Parties have served initial disclosures and other required documents, including Quebec's Asserted Claims and Infringement Contentions, Elko's Preliminary Noninfringement, Invalidity, and Unenforceability contentions, and Quebec's Response to Invalidity and Unenforceability Contentions. The Parties have also served initial discovery requests, proposed terms for construction and exchanged proposed constructions. These exchanges have assisted the Parties in preparing for settlement.

On June 24, 2026, the Parties stipulated for, and the Court granted, a stay of all pending deadlines until August 10, 2026, while the Parties engaged in substantive settlement negotiations. At the present time, the parties have now reached a settlement agreement in principle. Over the past few weeks, counsel for Quebec and Elko have exchanged multiple emails, including offers and counteroffers for settlement. The Parties' settlement agreement is now substantively complete and awaiting finalization.

The proposed stay of this case and all case deadlines will conserve the Parties' and the Court's resources while the Parties' work towards finalizing their settlement agreement. The length of the stay is requested to allow for the time needed to facilitate finalization of the agreement.

By the foregoing, the Parties demonstrate good cause to grant this stay through good faith settlement negotiations. Granting the Parties' stipulation also promotes judicial economy by conserving the Court's resources while the Parties finalize their settlement agreement. *See* Fed.

R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

If the Parties are unable to resolve this matter prior to August 24, 2026, they will notify the Court of this fact by August 24, 2026. If the Parties thus notify the Court, they will provide the Court with a status report and/or a proposed Joint Scheduling Order. Quebec's responses to Elko's discovery requests will be due 14 days after either side notices the other party that settlement negotiations have ceased.

WHEREFORE, for the foregoing reasons, the Parties hereby respectfully request that the Court enter an order that stays this case and all pending deadlines as set forth above.

DATED: August 10, 2026

Respectfully submitted,
MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP

By: /s/ *Paula D. Heyman*
Attorneys for 9539-7337 Quebec Inc.

Respectfully submitted,

DATED: August 10, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Jacob Maskovich*
Attorneys for Elko Wire Rope and Mining Supply, Inc.

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: August 11, 2026