**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 9539-7337 QUEBEC INC., A QUEBEC, CANADA, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ELKO WIRE ROPE AND MINING SUPPLY INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:25-cv-00756-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. Anne R. Traum<br>Magistrate Judge: Craig S. Denney |

Plaintiff 9539-7337 Quebec Inc. and Defendant Elko Wire Rope and Mining Supply, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR 7-1, and LR IA 6-2, hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

DATED: August 19, 2026

Respectfully submitted,
MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP

By: <u>*/s/ Paula D. Heyman*</u>
Attorneys for 9539-7337 Quebec Inc.

DATED: August 19, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: <u>*/s/ Jacob Maskovich*</u>
Attorneys for Elko Wire Rope and Mining Supply, Inc.

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: <u>August 20, 2026</u>